Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Laraine M. I. Burrell (Bar No. 8771)
burrelll@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendant EquiFirst Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE CASILDO GONZALES and MARIA N. BAILON de GONZALES BANKRUPTCY ESTATE (Re: 1905 Hassett Avenue, Las Vegas, Nevada 89104),<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY HOME LOAN CORPORATION, INC., a Nevada Corporation; HAYDE CARREON an individual; EQUIFIRST CORPORATION, a Foreign Corporation; HOMECOMINGS FINANCIAL, LLC, a Foreign Limited Liability Company; HSBC MORTGAGE SERVICES, a Foreign Corporation; ROE Rating Company; DOES 1 - 100, inclusive, ROE ENTITIES 1-100; ROE CORPORATION 1 - 100, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00977-RLH-LRL<br><br>**STIPULATION AND ORDER TO DISMISS EQUIFIRST CORPORATION. AND HOMECOMINGS FINANCIAL, LLC,**<br><br>**AND**<br><br>**TO VACATE ALL PENDING MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants EquiFirst Corporation ("EquiFirst"), Homecomings Financial, LLC ("Homecomings Financial"), and Plaintiff, Yvette Weinstein, Chapter 7 Trustee of the Casildo Gonzales and Maria N. Bailon de Gonzales Bankruptcy Estate ("Plaintiff"), by and through their respective counsel of record, that the Complaint is hereby dismissed without prejudice, with each party to bear its own costs.

*FTL 107,789,889v1 7-30-10*

- 1 -

1   Further, all pending motions are hereby vacated.

2   IT IS FURTHER STIPULATED, that Plaintiff does hereby voluntarily dismiss, without

3   prejudice, all other named Defendants in this matter.

4   DATED: 30 July 2010.

5   Respectfully Submitted:

**GREENBERG TRAURIG, LLP**        **HALL, JAFFE & CLAYTON, LLP**

*/s/ Laraine M. I. Burrell*        */s/ Jacob S. Smith*
Mark G. Tratos (Bar No. 1086)      Jacob S. Smith (Bar No. 10231)
Laraine M. I. Burrell (Bar No. 8771)   7455 W. Washington Avenue,
3773 Howard Hughes Parkway         Suite 460
Suite 400 North                    Las Vegas, Nevada 89128
Las Vegas, Nevada 89169            *Counsel For Plaintiff*
*Counsel For Defendant*
*EquiFirst Corporation*

**PITE DUNCAN, LLP**

*/s/ Gregg A. Hubley*
Gregg A. Hubley
701 Bridger Avenue
Las Vegas, Nevada 89101
*Counsel For Defendant Homecomings*
*Financial, LLC*

FTL 107,789,889v1 7-30-10

- 2 -

# **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Amended Complaint is dismissed without prejudice as to EquiFirst Corporation, and Homecomings Financial, LLC, with each party to bear its own costs.

2. All pending motions are vacated.

3. That the Amended Complaint is dismissed without prejudice as to all other named Defendants.

IT IS SO ORDERED on this __3rd__ day of __August__, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**

*/s/ Laraine M. I. Burrell*
Mark G. Tratos (Bar No. 1086)
Laraine M. I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel For Defendant*
*EquiFirst Corporation*

FTL 107,789,889v1 7-30-10